# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0850

VERSUS

JOSHUA A. LEBEUF

**AUGUST 10, 2026**

---

In Re:     Joshua A. Lebeuf, applying for supervisory writs, 20th
           Judicial District Court, Parish of East Feliciana, Nos.
           2025-CR-642, 643, 644, 645, 646.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                         EW
                         TPS
                         KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT